[No. 40245-9-II.    Division Two.    July 19, 2011.]

JAMES SHARBONO ET AL., *Respondents*, v. UNIVERSAL UNDERWRITERS INSURANCE COMPANY ET AL., *Respondents*, CLINTON L. TOMYN, *Individually and as Personal Representative and Guardian, Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-07954-4, Rosanne Buckner, J., entered December 22, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 40252-1-II.    Division Two.    July 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LUKE TRAVIS GROVES, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-00244-2, Sally F. Olsen, J., entered January 29, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 40265-3-II.    Division Two.    July 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNIE A. BALLARD, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-01169-7, Jay B. Roof, J., entered January 8, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Johanson, J.